**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:06cr00338-011 |
| | ) | |
| **Plaintiff,** | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION AND |
| **LUCIEN RAY,** | ) | REFERRING CASE |
| | ) | |
| **Defendant.** | ) | |

Defendant appeared before United States Magistrate Judge Nancy Vecchiarelli on August 17, 2011, for an initial appearance regarding a supervised release violation.  A Report and Recommendation was entered on August 18, 2011, recommending that, in light of the state charges, further proceedings concerning the new law violation be continued until such time as the state charges are resolved.

The Court adopts the Report and Recommendation.  Counsel for the parties and the supervising officer are instructed to advise the Court at such time as the state case has been resolved.

Additionally, the Court refers this case to United States Magistrate Judge George J. Limbert to, upon resolution of the state charges, conduct appropriate proceedings, except

sentencing, and to issue a Report and Recommendation concerning the supervised release violation.

**IT IS SO ORDERED.**

Dated: August 25, 2011          *s/     James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE